**No. 09-1209. Leo Tsimmer, Petitioner v. Andrea Quarantillo, New York District Director of the United States Citizenship and Immigration Services, et al.**

562 U.S. 828, 131 S. Ct. 73, 178 L. Ed. 2d 25, 2010 U.S. LEXIS 6125.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 353 Fed. Appx. 661.

**No. 09-1211. Mayra Isabel Jerez-Sanchez, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

562 U.S. 828, 131 S. Ct. 73, 178 L. Ed. 2d 25, 2010 U.S. LEXIS 6582.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-1214. Babajide Sobitan, Petitioner v. Lori Glud, et al.**

562 U.S. 828, 131 S. Ct. 73, 178 L. Ed. 2d 25, 2010 U.S. LEXIS 6348.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 589 F.3d 379.

**No. 09-1218. Corline Allen, et al., Petitioners v. McWane, Inc.**

562 U.S. 828, 131 S. Ct. 73, 178 L. Ed. 2d 25, 2010 U.S. LEXIS 6532.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 593 F.3d 449.

**No. 09-1235. Shoodley Lee Cherichel, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 828, 131 S. Ct. 74, 178 L. Ed. 2d 25, 2010 U.S. LEXIS 6739.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 591 F.3d 1002.

**No. 09-1246. Rose Desia, Trustee of the Barbara Bess Trust, Petitioner v. GE Life and Annuity Assurance Company, et al.**

562 U.S. 829, 131 S. Ct. 74, 178 L. Ed. 2d 25, 2010 U.S. LEXIS 6658.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 350 Fed. Appx. 542.

**No. 09-1255. Patricia Limmer, Billye Joyce Smith, and Bobby Jean Nothnagel, Petitioners v. Missouri Pacific Railroad Company, dba Union Pacific Railroad Company.**

562 U.S. 829, 131 S. Ct. 75, 178 L. Ed. 2d 25, 2010 U.S. LEXIS 6228.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Texas denied.

Same case below, 299 S.W.3d 78.